PATRICIA A. KINAGA, SBN 126845 (pkinaga@kinagalawfirm.com)
DANIEL HO, SBN 205852 (dho@kinagalawfirm.com)
WOO JEAN CHUNG, SBN 266838 (jchung@kinagalawfirm.com)
KINAGA LAW FIRM
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Tel: (213) 623-8588
Fax: (213) 623-8588

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; and DOES 1 through 50<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV13-1322 MWF(AJWx)<br><br>SUMMONS |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Patricia A. Kinaga_____, whose address is _617 South Olive Street, Suite 1210, Los Angeles, CA 90014_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

AUG 2 6 2013

Dated: _____       By: _____

JULIE PRADO

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*