NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
PATRICIA A. KINAGA, SBN 126845
DANIEL HO, SBN 205852
WOO JEAN CHUNG, SBN 266838
KINAGA LAW FIRM
617 South Olive Street, Suite 1210, Los Angeles, CA 90014
Tel: (213) 623-8588; Fax: (213) 623-8788
pkinaga@kinagalawfirm.com

ATTORNEY(S) FOR: PLAINTIFF NICHOLAS LYON

FILED
13 AUG 26 PM 4:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS LYON

Plaintiff(s),

v.

FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; and DOES 1 through 50,

Defendant(s)

CASE NUMBER: SACV13-1322 MWF AJWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Nicholas Lyon
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Nicholas Lyon | 1. Plaintiff |
| 2. FUNimation Productions, Ltd., dba FUNimation Entertainment | 2. Defendant |
| 3. American United Media, LLC, dba IFA Distribution | 3. Defendant |
| 4. Robert Rodriguez, as an individual | 4. Defendant |
| 5. Gen Fukunaga, as an individual | 5. Defendant |
| 6. Giant Ape Media | 6. Defendant |

August 26, 2013
Date

Signature: *Patricia Kinaga*

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF NICHOLAS LYON

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES