AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:13CV1322 MWF AJWx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gen Fukunaga

was received by me on *(date)*  08.27.13   .

☒ I personally served the summons on the individual at *(place)*  1200 Lakeside Parkway, Building 1 ~~2048 Coventry Ct., Roanoke, TX 76262-9005~~

Flower Mound, Texas 75028    on *(date)*  08.28.2013   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  08.28.2013

*Server's signature*

Linda Kalmbach
*Printed name and title*

P.O. Box 270702
Flwoer Mound, Texas 75027

*Server's address*

Additional information regarding attempted service, etc: