AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:13CV1322 MWF AJWx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Giant Ape Media
was received by me on *(date)*  08.27.2013  .

☒ I personally served the summons on the individual at *(place)*  1200 Lakeside Parkway, Bldg. 1
Flower Mound, TX 75028  on *(date)*  08.28.2013  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Gen Fukunaga , who is
designated by law to accept service of process on behalf of *(name of organization)*  Giant Ape Media
1200 Lakeside Parkway, Bldg. 1, Flower Mound, TX  on *(date)*  08.28.2013  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  08.28.13

*Server's signature*

Linda Kalmbach
*Printed name and title*

P.O. Box 270702
Flwoer Mound, TExas 75027

*Server's address*

Additional information regarding attempted service, etc: