PATRICIA A. KINAGA, SBN 126845
DREW L. ALEXIS, SBN 177672
DANIEL HO, SBN 205852
WOO JEAN CHUNG, SBN 266838
KINAGA LAW FIRM
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Tel: 213.623.8588
Fax: 213.623.8788
pkinaga@kinagalawfirm.com
dalexis@kinagalawfirm.com
dho@kinagalawfirm.com
jchung@kinagalawfirm.com

Attorneys for Plaintiff
NICHOLAS LYON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, L.L.C. and DOES 1 through 10, <br><br> Defendants. | CASE NO. SACV13-1322 MWF (AJWx) <br><br> **DECLARATION OF BEN CROSS IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER** <br><br> Courtroom 1600 – Sixteenth Floor <br> Judge: Honorable Michael W. Fitzgerald |

1
DECLARATION OF BEN CROSS

# DECLARATION OF BEN CROSS

I, Ben Cross, declare as follows:

1. I am over the age of 18 and am competent to testify. I have personal knowledge of the facts stated herein.

2. I am an accomplished actor who has been nominated for awards for my achievements on television and film.

3. I have appeared in feature films and television series for over 40 years.

4. I starred in over 30 feature films, including "Star Trek", "Chariots of Fire", "First Knight", and "Exorcist: the Beginning".

5. I worked with director Nicholas Lyon on the feature films "Species: The Awakening" and "Grendel".

6. I have been very impressed with Nicholas Lyon as a director and producer, and he has a very good reputation in the film industry for delivering high quality films.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of September 2013 at 10:00 AM, California.

Ben Cross