UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, L.L.C. and DOES 1 through 10,<br><br>Defendants. | CASE NO. SACV13-1322 MWF (AJWx)<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER**<br><br>Courtroom 1600, Sixteenth Floor<br>Judge: Honorable Michael W. Fitzgerald |

## FINDINGS OF FACT

The Court has considered Plaintiff's complaint, Ex Parte Application for a Temporary Restraining Order ("TRO Application"), Memorandum of Points and Authorities, Declarations and Exhibits in support of Plaintiff's TRO Application and all other papers filed herein.

It appears to the satisfaction of the Court that:

a. This Court has jurisdiction over the subject matter of this case, and there is good cause to believe that the Court does or will have jurisdiction over the parties.

b. Venue lies properly with this Court.

c. There is good cause to believe that:

The Complaint states claims upon which relief can be granted.

d. Plaintiff is likely to prevail on the merits of this action.

e. There is good cause to believe that immediate and irreparable harm will result from Defendants ongoing conduct, absent entry of this TRO.

f. Weighing the equities and considering the Plaintiff's likelihood of success in its Complaint, this Order is in the public interest.

## ORDER

It is therefore ordered:

Plaintiff's application for a temporary restraining order is granted.

Defendants, their employees, agents and/or any other persons acting with or on their behalf are prohibited from:

 a) engaging in any post production activities on the film entitled "Bullet" (hereinafter "Motion Picture"), including editing;

 b) releasing any version of the Motion Picture that has not been edited under the direction of Plaintiff;

 c) selling any version of the Motion Picture that has not been edited under the direction of Plaintiff;

 d) distributing any version of the Motion Picture that has not been edited under the direction of Plaintiff.

 d) [if the Court grants a) through d)] Further, Defendants shall the affix " A Nick Lyon Film" on all marketing and advertising for the Motion Picture.

 This Order shall remain in effect until the Court's hearing on _____ at ____ in Courtroom 1600, United States District Court, 312 N. Spring Street, Los Angeles, CA 90012, 16th Floor for Defendants to show cause, if

there is any, why this Court should not enter a preliminary injunction, pending final ruling on the Complaint against Defendants.

IT IS SO ORDERED.

DATED: September ___ , 2013

_____
Michael W. Fitzgerald
United States District Judge