UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| Case No. | CV-13-1322-MWF (AJWx) | Date:  October 16, 2013 |
| Title: | Nicholas Lyon -v- FUNimation Productions, Ltd., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DENYING WITHOUT PREJUDICE FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT'S MOTION TO DISMISS [29]

This matter is before the Court on Defendant FUNimation Productions, Ltd. d/b/a FUNimation Entertainment's Motion to Dismiss (the "Motion"), filed on October 11, 2013.  (Docket No. 29).  For the reasons set forth below, the Motion is **DENIED without prejudice** to the refiling of the Motion after the procedures set forth in the Local Rules are followed.

The Motion is procedurally flawed for a number of reasons.  *First*, a movant is required by Local Rule 6-1 to present the motion with a "written notice of motion" that is "filed with the Clerk not later than twenty-eight (28) days before the date set for hearing."  Defendant did not include a proper Notice of Motion.  *Second*, the Notice of Motion must include a statement indicating that the parties have met and conferred regarding the substance of the Motion.  Local Rule 7-3.  It does not appear that the parties have conferred.  *Third*, even if the Motion itself, which seems to have been served on certain parties through the CM/ECF system, is deemed to also act as a Notice of Motion, it does not include the date and time of the hearing, as required by Local Rule 6-1.

Therefore, the Motion is **DENIED**.  Should Defendant wish to renew and refile the Motion, such Motion must be filed by **October 28, 2013**.  Defendant's counsel

---

**CIVIL MINUTES—GENERAL**                                         1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV-13-1322-MWF (AJWx)**            **Date:  October 16, 2013**

Title:       Nicholas Lyon -*v*- FUNimation Productions, Ltd., et al.

must meet and confer with Plaintiff's counsel no later than **October 24, 2013** regarding the substantive issues underlying the Motion and set forth the results of that conference in a proper Notice of Motion to be attached to the Motion, as required by the Local Rules.

   IT IS SO ORDERED.