UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV-13-1322-MWF (AJWx)                Date:  October 24, 2013

Title:  Nicholas Lyon -v- FUNimation Productions Ltd., et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [16, 28] AND EXTENDING DEADLINES FOR RESPONSE TO PLAINTIFF'S APPLICATIONS FOR ENTRY OF DEFAULT [31-34]

    Good cause being shown, the Court orders that the hearing presently set for October 24, 2013, on the Order to Show Cause Re Preliminary Injunction (Docket Nos. 16, 28), is **CONTINUED** to **November 4, 2013, at 10:00 AM**.

    The Court further orders that Plaintiff's four Applications for Entry of Default (Docket Nos. 31-34) are **STAYED** until **November 4, 2013**.

    IT IS SO ORDERED.