<u>AMENDED PROOF OF SERVICE ON AMERICAN UNITED MEDIA, LLC DBA IFA DISTRIBUTION RE DOCKET NO. 32 BY CERTIFIED MAIL, RETURN RECEIPT</u>

I am a citizen of the United States and reside in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 617 South Olive Street, Suite 1210, Los Angeles, California 90014.

On October 29, 2013, I certified mailed, return receipt, true and correct copies of the following documents from Los Angeles, California as follows:

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT BULLET FILM PRODUCTION COMPANY, L.L.C.**

**DECLARATION OF RACHAEL SKURA IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT BULLET FILM PRODUCTION COMPANY, L.L.C.**

I served the above-listed documents by enclosing it in an envelope and depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid. The envelope was addressed and mailed to Gen Fukunaga, as a managing agent of American United Media, LLC dba IFA Distribution:

> Gen Fukunaga
> 1200 Lakeside Parkway, Bldg. 1
> Flower Mound, TX 75028

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 29, 2013, at Los Angeles, California.

By: _____
Carla Gharibian