AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:13CV1322 MWF AJWx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Rodriguez

was received by me on *(date)* 10/25/2013 .

☑ I personally served the summons on the individual at *(place)* Commerce Casino, 6131 Telegraph Rd. Commerce California, 90040 on *(date)* 10/25/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/25/2013

*Server's signature*

Marcus Shirey
*Printed name and title*

8633 West Knoll Dr 401
W Hollywood CA 90069
*Server's address*

Additional information regarding attempted service, etc: