C. VERONICA RIVAS
JONES WALKER LLP
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS LYON, AN INDINVIDUAL

Plaintiff(s)

v.

FUNIMATION PRODUCTIONS LTD., ET AL.

Defendant(s).

CASE NUMBER

8:13-CV-01322-MWF-AJW

### ORDER ON APPLICATION
### OF NON-RESIDENT ATTORNEY TO APPEAR
### IN A SPECIFIC CASE *PRO HACE VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

RIVAS, C. VERONICA
*Applicant's Name (Last Name, First Name & Middle Initial)*

713.437.1800              713.437.1810
*Telephone Number*        *Fax Number*

vrivas.molly@joneswalker.com
*E-Mail Address*

JONES WALKER LLP
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT
AND GEN FUKUNAGA

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ✓ Defendant   ☐ Other: _____

**and designating as Local Counsel**

NESBITT, PAUL B.                        of
*Designee's Name (Last Name, First Name & Middle Initial)*

064432                  310.777.0448
*Designee's Cal. Bar Number*  *Telephone Number*

                        310.777.0441
                        *Fax Number*

NESBITT & NESBITT, LLP
9171 WILSHIRE BLVD., SUITE 400
BEVERLY HILLS, CALIFORNIA 90210-5516

*Firm Name & Address*

paul@nesbittlawllp.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

**Dated October 25, 2013**

_____
U.S. District [Judge signature: Michael W. Fitzgerald]