LAUREN J. HARRISON
JONES WALKER LLP
1001 FANNIN STREET, SUTIE 2450
HOUSTON, TEXAS 77002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS LYON, AN INDINVIDUAL

*Plaintiff(s)*

v.

FUNIMATION PRODUCTIONS LTD., ET AL.

*Defendant(s).*

CASE NUMBER

8:13-CV-01322-MWF-AJW

**ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HACE VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

HARRISON, LAUREN J.
*Applicant's Name (Last Name, First Name & Middle Initial)*           of

713.437.1858          713.437.1810
*Telephone Number*     *Fax Number*

lharrison@joneswalker.com
*E-Mail Address*

JONES WALKER LLP
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT

AND GEN FUKUNAGA

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*_____

**and designating as Local Counsel**

NESBITT, PAUL B.
*Designee's Name (Last Name, First Name & Middle Initial)*   of

064432          310.777.0448
*Designee's Cal. Bar Number*   *Telephone Number*

                310.777.0441
                *Fax Number*

NESBITT & NESBITT, LLP
9171 WILSHIRE BLVD., SUITE 400
BEVERLY HILLS, CALIFORNIA 90210-5516

*Firm Name & Address*

paul@nesbittlawllp.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.**  Fee shall be returned by the Clerk.
☐ **DENIED.**  For failure to pay the required fee.

**Dated October 25, 2013**

_____
**U.S. District Judge**