Paul B. Nesbitt, Esq. (SBN 064432)
paul@nesbittlawllp.com
Todd A. Nesbitt, Esq. (SBN 245295)
todd@nesbittlawllp.com
**NESBITT & NESBITT, LLP**
9171 Wilshire Boulevard, Suite 400
Beverly Hills, California 90210-5516
Phone:        (310) 777-0448
Facsimile:    (310) 777-0441

Lauren J. Harrison, Esq.
lharrison@joneswalker.com
C. Veronica Rivas, Esq.
crivas.molloy@joneswalker.com
**JONES WALKER LLP**
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Phone:        (713) 437-1800
Facsimile:    (713) 437-1810

Attorneys for Defendants FUNimation Productions, Ltd.
d/b/a FUNIMATION Entertainment and Gen Fukunaga

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FUNIMATION PRODUCTIONS, LTD, dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an Individual; GEN FUKUNAGA, as an Individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, LLC, and DOES 1 through 50,<br><br>Defendants. | CASE NUMBER: SACV 13-1322 MWF (AJWx)<br><br>**DEFENDANT BULLET FILM PRODUCTION COMPANY, LLC'S NOTICE OF JOINDER AND JOINDER IN FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT AND GEN FUKUNAGA'S NOTICE OF MOTION AND CORRECTED MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES FED. R. CIV. P. 12(b)(1)-(6), 9(b), AND THE FIRST-FILED DOCTRINE**<br><br>Judge:     Hon. Michael W. Fitzgerald<br>Date:       November 4, 2013<br>Time:      9:00 a.m.<br>CTRM:    1600 – Sixteenth Floor<br>Trial Date:  None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 9, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-titled referenced matter, Defendant Bullet Film Production Company, LLC ("Bullet LLC"), subject to any and all procedural and jurisdictional defenses, will and hereby does join in FUNimation Productions, Ltd. d/b/a FUNimation Entertainment and Gen Fukunaga's (collectively, "Defendants") Notice of Motion and Corrected Motion to Dismiss to be heard on the above-noted date before the Honorable Michael W. Fitzgerald, United States District Judge, in Courtroom 1600 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, seeking dismissal of Plaintiff's complaint.

Defendant Bullet Film Production Company, LLC fully adopts and incorporates, as if made herein, all of the arguments set forth in Defendants' Notice of Motion and Corrected Motion to Dismiss and accompanying Memorandum of Points and Authorities pursuant to Federal Rules of Civil Procedure 12(b)(1)-(6), 9(b), and the first-filed doctrine on the grounds that (1) the same substantive issues that are pending before this Court are pending in the first-filed case pending in the United States District Court for the Eastern District of Texas; (2) this Court lacks subject matter jurisdiction over this action; (3) the Court lacks personal jurisdiction over Bullet LLC and Defendants; (4) this forum is an improper venue as all claims are committed exclusively to arbitration in Galveston, Texas; and (5) the complaint fails to state a claim for which relief can be granted.

Dated:  November 7, 2013          Respectfully submitted,

**JONES WALKER LLP**
Lauren J. Harrison

**NESBITT & NESBITT, LLP**
Paul B. Nesbitt


By:      /s/ Paul B. Nesbitt
         Paul B. Nesbitt, Esq.

         Attorneys for Defendants
         FUNimation Productions, Ltd. d/b/a
         FUNimation Entertainment, Gen Fukunaga,
         and Bullet Film Production Company, LLC

3

DEFENDANT BULLET FILM PRODUCTION COMPANY, LLC'S NOTICE OF JOINDER AND JOINDER IN FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT AND GEN FUKUNAGA'S NOTICE OF MOTION AND CORRECTED MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES FED. R. CIV. P. 12(b)(1)-(6), 9(b), AND THE FIRST-FILED DOCTRINE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2013, a true and correct copy of the foregoing instrument was forwarded to counsel for Plaintiff via CM/ECF, and/or electronic mail, and/or certified mail, return receipt requested, postage prepaid and properly addressed as follows:

    Patricia A. Kinaga
    Drew Alexis
    Daniel Ho
    Woo Jean Chung
    KINAGA LAW FIRM
    617 South Olive Street, Suite 1210
    Los Angeles, CA 90014
    Attorney for Nicholas Lyon

                             ___/s/  Paul B. Nesbitt_____
                                PAUL B. NESBITT

4

DEFENDANT BULLET FILM PRODUCTION COMPANY, LLC'S NOTICE OF JOINDER AND JOINDER IN FUNIMATION PRODUCTIONS, LTD D/B/A FUNIMATION ENTERTAINMENT AND GEN FUKUNAGA'S NOTICE OF MOTION AND CORRECTED MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES FED. R. CIV. P. 12(b)(1)-(6), 9(b), AND THE FIRST-FILED DOCTRINE