# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Nicholas Lyon

Plaintiff(s),

v.

FUNimation Productions Ltd., et al  Defendant(s).

CASE NUMBER:

8:13-CV-1322-MWF(AJWx)

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of American United Media LLC, Bullet Film Production Company LLC and Giant Ape Media for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ☒ Proof of Service is lacking required information. The proof of service for defendants United Media LLC, Bullet Film Production Company LLC and Giant Ape Media does not state the name of the person whom received service on behalf of the defendants. The proof of service does not indicate if service was made pursuant to State of Federal Statute.
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By:   Brent_Pacilla@cacd.uscourt.gov
Deputy Clerk