**PROOF OF SERVICE**

I am a citizen of the United States and reside in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 617 South Olive Street, Suite 1210, Los Angeles, California 90014.

On November 19, 2013, I sent a true and correct copy of the following document from Los Angeles, California as follows:

**AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS AMERICAN UNITED MEDIA, LLC and BULLET FILM PRODUCTION COMPANY, L.L.C.**

I served the above-listed document on Counsel for FUNimation Productions Ltd., dba FUNimation Entertainment; American United Media, LLC dba IFA Distribution; Counsel for Gen Fukunaga, as an individual; Robert Rodriguez, as an individual; and Bullet Film Production Company, L.L.C. as follows:

(1) FUNimation Productions Ltd., dba FUNimation Entertainment
    By CM-ECF, pursuant to FRCP 5(b)(1):

    Paul B. Nesbitt: paul@nesbittlawllp.com
    Lauren J. Harrison: lharrison@joneswalker.com
    C. Veronica Rivas: vrivas.molloy@joneswalker.com

(2) American United Media, LLC dba IFA Distribution
    By certified mail, return receipt requested, pursuant to FRCP 5(b)(2)(C):

    Gen Fukunaga
    American United Media, LLC dba IFA Distribution
    1200 Lakeside Pkway, Bldg. 1
    Flower Mound, TX 75028
    [Managing Partner of AUM]

(3) Gen Fukunaga, as an individual
    By CM-ECF, pursuant to FRCP 5(b)(1):

    Paul B. Nesbitt: paul@nesbittlawllp.com
    Lauren J. Harrison: lharrison@joneswalker.com
    C. Veronica Rivas: vrivas.molloy@joneswalker.com

(4) Robert Rodriguez, as an individual
    By certified mail, return receipt requested, pursuant to FRCP 5(b)(2)(C):

    Robert Rodriguez
    953 Carnation Avenue
    Costa Mesa, CA 92626

(5) Bullet Film Production Company, L.L.C.
    By CM-ECF, pursuant to FRCP 5(b)(1):

    Paul B. Nesbitt: paul@nesbittlawllp.com
    Lauren J. Harrison: lharrison@joneswalker.com
    C. Veronica Rivas: vrivas.molloy@joneswalker.com

All mailings were affixed with proper postage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2013 at Los Angeles, California.

By: _____
    Carla Gharibian