Paul B. Nesbitt, Esq. (SBN 064432)
paul@nesbittlawllp.com
Todd A. Nesbitt, Esq. (SBN 245295)
todd@nesbittlawllp.com
**NESBITT & NESBITT, LLP**
9171 Wilshire Boulevard, Suite 400
Beverly Hills, California 90210-5516
Phone:          (310) 777-0448
Facsimile:      (310) 777-0441

Lauren J. Harrison, Esq.
lharrison@joneswalker.com
C. Veronica Rivas, Esq.
crivas.molloy@joneswalker.com
**JONES WALKER LLP**
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Phone:          (713) 437-1800
Facsimile:      (713) 437-1810

Attorneys for Defendants FUNimation Productions, Ltd.
d/b/a FUNIMATION Entertainment and Gen Fukunaga

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FUNIMATION PRODUCTIONS, LTD, dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an Individual; GEN FUKUNAGA, as an Individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, LLC, and DOES 1 through 50,<br><br>Defendants. | CASE NUMBER:  SACV 13-1322 MWF (AJWx)<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANTS' CORRECTED MOTION TO DISMISS**<br><br>Hon:    Michael W. Fitzgerald<br>Date:   December 9, 2013<br>Time:   10:00 a.m.<br>CTRM:   1600 – Sixteenth Floor<br>Trial Date: None Set<br>[Proposed Order filed concurrently] |

## JOINT STIPULATION CONCERNING BRIEFING SCHEDULE FOR DEFENDANTS' CORRECTED MOTION TO DISMISS

On October 22, 2013, Defendants FUNimation Productions, Ltd. d/b/a FUNimation Entertainment and Mr. Gen Fukunaga filed their Corrected Motion to Dismiss. The hearing for the pending motion is calendared for December 9, 2013 at 10 a.m. before Judge Fitzgerald.

On November 5, 2013, the Court issued an Order denying Plaintiff's Request for Preliminary Injunction, requesting therein that the parties "supplement their briefing in regard to the [pending] motion to dismiss" to address Defendants' request for dismissal under the first-filed doctrine and in light of the pending Texas arbitration. (Doc. 59). The Court directed the parties to meet and confer on a schedule to supplement their briefing. (*Id.*)

Counsel for the parties have met and conferred as directed by the Court, and hereby STIPULATE AND AGREE that the briefing schedule for Defendants' Corrected Motion to Dismiss be as follows:

| | |
|---|---|
| 11/13 | Defendants' deadline to submit a supplemental brief in support of Motion to Dismiss; |
| 11/21 | Plaintiff's deadline to respond to Defendants' motion to dismiss and supplemental brief (current deadline 11/18); |
| 11/26 | Defendants' deadline to submit a reply brief (current deadline 11/25). |

The parties respectfully request the Court approve the proposed stipulation, and sign the parties' Proposed Order to that effect.

Of importance to the parties is that the stipulated briefing scheduled not interfere with the Court's December 9, 2013 hearing date.  If the proposed schedule does not allow the Court sufficient time to consider the submitted materials in order to retain the December 9 hearing date, the Parties will expedite their briefing schedule to comply with any requirements of the Court.

Dated:  November 19, 2013             Respectfully submitted,

                                       /s/ Paul B. Nesbitt
Paul B. Nesbitt, Esq. (SBN 064432)
paul@nesbittlawllp.com
Todd A. Nesbitt, Esq. (SBN 245295)
todd@nesbittlawllp.com
**NESBITT & NESBITT, LLP**
9171 Wilshire Boulevard, Suite 400
Beverly Hills, California 90210-5516
Phone: 310/777-0448
Facsimile: 310/777-0441

{HD053743.1}        Joint Stipulation on Supplemental
Briefing for Corrected Motion to Dismiss
- 3 -

      /s/ Lauren J. Harrison
Lauren J. Harrison, Esq.
lharrison@joneswalker.com
C. Veronica Rivas, Esq.
crivas.molloy@joneswalker.com
**JONES WALKER LLP**
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Phone: 713/437-1800
Facsimile: 713/437-1810
*Attorneys for Defendants*
*FUNimation Productions, Ltd.*
*d/b/a FUNimation Entertainment and Gen*
*Fukunaga*


      /s/ Patricia A. Kinaga
Patricia A. Kinaga (SBN 126845)
Drew Alexis (SBN 177692)
Daniel Ho (SBN 205852)
Woo Jean Chung (SBN 266838)
**KINAGA LAW FIRM**
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Tel: 213.623.8588
Fax: 213.623.8788
*Attorneys for Plaintiff*
*Nicholas Lyon*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19<u>th</u> day of November, 2013, a true and correct copy of the foregoing instrument was forwarded to counsel for Plaintiff via CM/ECF, and/or electronic mail, and/or certified mail, return receipt requested, postage prepaid and properly addressed as follows:

Patricia A. Kinaga
Drew Alexis
Daniel Ho
Woo Jean Chung
KINAGA LAW FIRM
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Attorney for Nicholas Lyon

   /s/ Paul b. Nesbitt
PAUL B. NESBITT