Paul B. Nesbitt, Esq. (SBN 064432)
paul@nesbittlawllp.com
Todd A. Nesbitt, Esq. (SBN 245295)
todd@nesbittlawllp.com
**NESBITT & NESBITT, LLP**
9171 Wilshire Boulevard, Suite 400
Beverly Hills, California 90210-5516
Phone:          (310) 777-0448
Facsimile:     (310) 777-0441

Lauren J. Harrison, Esq.
lharrison@joneswalker.com
C. Veronica Rivas, Esq.
crivas.molloy@joneswalker.com
**JONES WALKER LLP**
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Phone:          (713) 437-1800
Facsimile:     (713) 437-1810

Attorneys for Defendants FUNimation Productions, Ltd.
d/b/a FUNIMATION Entertainment and Gen Fukunaga

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FUNIMATION PRODUCTIONS, LTD, dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an Individual; GEN FUKUNAGA, as an Individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, LLC, and DOES 1 through 50,<br><br>Defendants. | CASE NUMBER: SACV 13-1322 MWF (AJWx)<br><br>**[PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' CORRECTED MOTION TO DISMISS**<br><br>Hon:   Michael W. Fitzgerald<br>Date:   December 9, 2013<br>Time:   10:00 a.m.<br>CTRM:   1600 – Sixteenth Floor<br>Trial Date: None Set |

Pursuant to stipulation, it is hereby ORDERED that the following briefing schedule shall apply to Defendants FUNimation Productions, Ltd. d/b/a FUNimation Entertainment's and Gen Fukunaga's Corrected Motion to Dismiss, currently set for hearing on December 9, 2013 at 10:00 a.m.:

| | |
|---|---|
| 11/13 | Defendants' deadline to submit a supplemental brief in support of Motion to dismiss; |
| 11/21 | Plaintiff's deadline to respond to Defendants' motion to dismiss and supplemental brief; and |
| 11/26 | Defendants' deadline to submit a reply brief. |

SO ORDERED.

SIGNED this ___ day of _____, 2013.

By: _____
    HON. MICHAEL W. FITZGERALD