PATRICIA A. KINAGA, SBN 126845
WOO JEAN CHUNG, SBN 266838
KINAGA LAW FIRM
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Tel:  213.623.8588
Fax:  213.623.8788
pkinaga@kinagalawfirm.com
jchung@kinagalawfirm.com

Attorneys for Plaintiff
NICHOLAS LYON

PAUL B. NESBITT, SBN 064432
TODD A. NESBITT, SBN 245295
NESBITT & NESBITT, LLP
9171 Wilshire Boulevard, Suite 400
Beverly Hills, California 90210-5516
Tel:  310.777.0448
Fax:  310.777.0441
paul@nesbittlawllp.com
todd@nesbittlawllp.com

LAUREN J. HARRISON, SBN 24025840
C. VERONICA RIVAS, SBN 24033127
JONES WALKER, LLP.
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Tel:  713.437.1800
Fax:  713.437.1810
lharrison@joneswalker.com
crivas.molloy@joneswalker.com

Attorneys for Defendants
FUNIMATION PRODUCTIONS, LTD. D/B/A
FUNIMATION ENTERTAINMENT AND GEN
FUKUNAGA, INDIVIDUALLY

///

///

///

///

///

///

///

///

1
JOINT STIPULATION RE REQUEST FOR DISMISSAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, L.L.C., and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. SACV13-1322 MWF (AJWx)<br><br>**JOINT STIPULATION RE REQUEST FOR DISMISSAL**<br><br>Courtroom 1600, Sixteenth Floor<br>Judge: Hon. Michael W. Fitzgerald |

　　　Plaintiff NICHOLAS LYON ("Plaintiff"), on the one hand, and Defendants FUNIMATION PRODUCTIONS, LTD., d/b/a FUNIMATION ENTERTAINMENT, in its individual capacity and in its capacity as the Managing Member of Bullet Film Production Company, LLC, and GEN FUKUNAGA, as an individual ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record herein stipulate as follows:

1.　　WHEREAS, on December 10, 2013, the Court ordered this action stayed pending resolution of the proceedings in the Eastern District of Texas, FUNimation Productions, Ltd. v. SC Films International, Inc., No. 4:13-CV-329 (Docket No. 59) and pending resolution of arbitration entitled In the Matter of the Arbitration between FUNimation Productions Ltd dba FUNimation Entertainment, Claimant, v. SC Films International, Inc., Matthew Joynes, Individually, and Nicholas Lyon, Individually, Respondents, Case No. 50-140-T-000936-13, in the Arbitration

Tribunals of the American Arbitration Association (collectively, "Lawsuits");

2. WHEREAS, the Parties have entered into a Settlement and Mutual Release Agreement ("Settlement Agreement") to settle and compromise all of their claims against each other relating to their lawsuits and arbitration and/or the motion picture of the live action film known as "Bullet"; and

3. WHEREAS, the Parties have agreed to bear their own attorneys' fees and costs arising from the case at bar.

4. WHEREAS, the Parties have agreed pursuant to the Settlement Agreement to dismiss their lawsuits against each other with prejudice.

5. THEREFORE, the Parties respectfully request that the Court order a dismissal of the above captioned case with prejudice as to all parties and as to all claims.

Dated: April 22, 2015          KINAGA LAW FIRM

                               By:  /s/ Patricia A. Kinaga
                                    PATRICIA A. KINAGA

                                    Attorneys for Plaintiff
                                    NICHOLAS LYON

Dated: April 22, 2015          JONES WALKER, LLP.

                               By:  /s/ Lauren J. Harrison
                                    LAUREN J. HARRISON

                                    Attorneys for Defendant
                                    FUNIMATION PRODUCTIONS, LTD.
                                    D/B/A FUNIMATION ENTERTAINMENT
                                    AND GEN FUKUNAGA, INDIVIDUALLY