# **PROOF OF SERVICE**

I am a citizen of the United States and reside in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 617 South Olive Street, Suite 1210, Los Angeles, California 90014.

On April 22, 2015, I sent a true and correct copy of the following document from Los Angeles, California as follows:

**JOINT STIPULATION RE REQUEST FOR DISMISSAL**

I served the above-listed document on Counsel for FUNimation Productions Ltd., dba FUNimation Entertainment; American United Media, LLC dba IFA Distribution; Counsel for Gen Fukunaga, as an individual; Robert Rodriguez, as an individual; and Bullet Film Production Company, L.L.C. as follows:

(1) FUNimation Productions Ltd., dba FUNimation Entertainment
    By CM-ECF, pursuant to FRCP 5(b)(1):

    Paul B. Nesbitt: paul@nesbittlawllp.com
    Lauren J. Harrison: lharrison@joneswalker.com
    C. Veronica Rivas: vrivas.molloy@joneswalker.com

(2) American United Media, LLC dba IFA Distribution
    By mail, pursuant to FRCP 5(b)(2)(C):

    Gen Fukunaga
    American United Media, LLC dba IFA Distribution
    1200 Lakeside Pkway, Bldg. 1
    Flower Mound, TX 75028
    [Managing Partner of AUM]

(3) Gen Fukunaga, as an individual
    By CM-ECF, pursuant to FRCP 5(b)(1):

    Paul B. Nesbitt: paul@nesbittlawllp.com
    Lauren J. Harrison: lharrison@joneswalker.com
    C. Veronica Rivas: vrivas.molloy@joneswalker.com

| | |
|---|---|
| 1 | (4) Robert Rodriguez, as an individual<br>By mail, pursuant to FRCP 5(b)(2)(C): |
| 2 | |
| 3 | Robert Rodriguez<br>953 Carnation Avenue<br>Costa Mesa, CA 92626 |
| 4 | |
| 5 | (5) Bullet Film Production Company, L.L.C.<br>By CM-ECF, pursuant to FRCP 5(b)(1): |
| 6 | |
| 7 | Paul B. Nesbitt: paul@nesbittlawllp.com<br>Lauren J. Harrison: lharrison@joneswalker.com<br>C. Veronica Rivas: vrivas.molloy@joneswalker.com |
| 8 | |
| 9 | All mailings were affixed with proper postage. |
| 10 | I declare under penalty of perjury under the laws of the State of California that the |
| 11 | foregoing is true and correct. |
| 12 | Executed on April 22, 2015 at Los Angeles, California. |
| 13-17 | By: _____<br>Taylor Barnhill |

2
PROOF OF SERVICE