JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; BULLET FILM PRODUCTION COMPANY, L.L.C., and DOES 1 through 50,<br><br>Defendants. | CASE NO. SACV13-1322 MWF (AJWx)<br><br>**ORDER OF DISMISSAL**<br><br>Courtroom 1600, Sixteenth Floor<br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Lyon's Complaint, and pursuant to the Joint Stipulation re Request for Dismissal filed April 22, 2014, it is hereby ordered that each and every claim for relief therein, against Defendant FUNimation Productions, Ltd., dba FUNimation Entertainment, American United Media, LLC, dba IFA Distribution, Robert Rodriguez, Gen Fukunaga, Giant Ape Media, and Bullet Film Production Company, L.L.C., is hereby dismissed with prejudice, with parties to bear their own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: April 23, 2015

Honorable Michael W. Fitzgerald