✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Central District of California<br>312 N. Spring St.<br>Los Angeles, CA 90012 |
|---|---|---|
| DOCKET NO.<br>SACV13-1322 | DATE FILED<br>8/26/2013 | |
| PLAINTIFF<br>Nicholas Lyon | | DEFENDANT<br>FUNimation Productions Ltd., dba FUNimation Entertainment; American United Media, LLC, dba IFA Distribution; Robert Rodriguez, as an individual; Gen Fukunaga, as an individual; Giant Ape Media; and Does 1 through 50 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | 1-867368111 | Bullet | Nicholas Lyon |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>4/23/2015 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>4/23/2015 |

3) Upon termination of action,
    mail copy to Register of Copyrights